United States Court of Appeals
Fifth Circuit

**F I L E D**
September 14, 2010

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 09-30449
_____

D.C. Docket No. 2:05-CV-4182
D.C. Docket No. 2:05-CV-4181
D.C. Docket No. 2:05-CV-5237
D.C. Docket No. 2:05-CV-6073
D.C. Docket No. 2:05-CV-6314
D.C. Docket No. 2:05-CV-6324
D.C. Docket No. 2:05-CV-6327
D.C. Docket No. 2:06-CV-20
D.C. Docket No. 2:06-CV-225
D.C. Docket No. 2:06-CV-886
D.C. Docket No. 2:06-CV-2278
D.C. Docket No. 2:06-CV-2287
D.C. Docket No. 2:06-CV-4065
D.C. Docket No. 2:06-CV-4389
D.C. Docket No. 2:06-CV-4634
D.C. Docket No. 2:06-CV-4931
D.C. Docket No. 2:06-CV-5032
D.C. Docket No. 2:06-CV-5159
D.C. Docket No. 2:06-CV-5161
D.C. Docket No. 2:06-CV-5260
D.C. Docket No. 2:06-CV-5308
D.C. Docket No. 2:06-CV-5785
D.C. Docket No. 2:06-CV-5786
D.C. Docket No. 2:06-CV-5937
D.C. Docket No. 2:06-CV-8708
D.C. Docket No. 2:07-CV-1113
D.C. Docket No. 2:07-CV-1271
D.C. Docket No. 2:07-CV-1349
D.C. Docket No. 2:07-CV-3173
D.C. Docket No. 2:07-CV-3500
D.C. Docket No. 2:07-CV-4392
D.C. Docket No. 2:07-CV-4550
D.C. Docket No. 2:07-CV-4555
D.C. Docket No. 2:07-CV-4837

D.C. Docket No. 2:07-CV-4945
D.C. Docket No. 2:07-CV-4976
D.C. Docket No. 2:07-CV-4979
D.C. Docket No. 2:07-CV-4995
D.C. Docket No. 2:07-CV-5007
D.C. Docket No. 2:07-CV-5012
D.C. Docket No. 2:07-CV-5013
D.C. Docket No. 2:07-CV-5016
D.C. Docket No. 2:07-CV-5067
D.C. Docket No. 2:07-CV-5254
D.C. Docket No. 2:07-CV-5286
D.C. Docket No. 2:07-CV-5339
D.C. Docket No. 2:07-CV-5343
D.C. Docket No. 2:07-CV-5344
D.C. Docket No. 2:07-CV-5350
D.C. Docket No. 2:07-CV-5355
D.C. Docket No. 2:07-CV-5356
D.C. Docket No. 2:07-CV-5375
D.C. Docket No. 2:07-CV-5397

IN RE: KATRINA CANAL BREACHES LITIGATION
---------------------------------------------------------------------
STEERING COMMITTEE,

       Plaintiff - Appellant

v.

WASHINGTON GROUP INTERNATIONAL INC,

       Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before SMITH, WIENER, and ELROD, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By: _____**
**Deputy**

**New Orleans, Louisiana**