# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

**CORRECTED**

October 21, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**No. 09-30428,  In Re: Katrina Canal Breaches**

**Consol. W/ 09-30438, In Re: Katrina Canal Breaches**

**09-30449, In Re: Katrina Canal Breaches**

```
USDC No. 2:05-CV-4182
USDC No. 2:07-CV-4550
USDC No. 2:07-CV-4555
USDC No. 2:07-CV-4976
USDC No. 2:07-CV-4979
USDC No. 2:07-CV-4995
USDC No. 2:07-CV-5007
USDC No. 2:07-CV-5012
USDC No. 2:07-CV-5013
USDC No. 2:07-CV-5016
USDC No. 2:07-CV-5254
USDC No. 2:07-CV-5286
USDC No. 2:07-CV-5339
USDC No. 2:07-CV-5343
USDC No. 2:07-CV-5344
USDC No. 2:07-CV-5350
USDC No. 2:07-CV-5355
USDC No. 2:07-CV-5356
USDC No. 2:07-CV-5375
USDC No. 2:05-CV-4182
USDC No. 2:05-CV-4181
USDC No. 2:05-CV-5237
USDC No. 2:05-CV-6073
USDC No. 2:05-CV-6314
USDC No. 2:05-CV-6324
USDC No. 2:05-CV-6327
USDC No. 2:06-CV-20
USDC No. 2:06-CV-225
USDC No. 2:06-CV-886
USDC No. 2:06-CV-2278
USDC No. 2:06-CV-2287
USDC No. 2:06-CV-4065
USDC No. 2:06-CV-4389
USDC No. 2:06-CV-4634
USDC No. 2:06-CV-4931
USDC No. 2:06-CV-5032
USDC No. 2:06-CV-5159
USDC No. 2:06-CV-5161
```

```
USDC No. 2:06-CV-5260
USDC No. 2:06-CV-5308
USDC No. 2:06-CV-5785
USDC No. 2:06-CV-5786
USDC No. 2:06-CV-5937
USDC No. 2:06-CV-8708
USDC No. 2:07-CV-1113
USDC No. 2:07-CV-1271
USDC No. 2:07-CV-1349
USDC No. 2:07-CV-3173
USDC No. 2:07-CV-3500
USDC No. 2:07-CV-4392
USDC No. 2:07-CV-4550
USDC No. 2:07-CV-4555
USDC No. 2:07-CV-4837
USDC No. 2:07-CV-4945
USDC No. 2:07-CV-4976
USDC No. 2:07-CV-4979
USDC No. 2:07-CV-4995
USDC No. 2:07-CV-5007
USDC No. 2:07-CV-5012
USDC No. 2:07-CV-5013
USDC No. 2:07-CV-5016
USDC No. 2:07-CV-5067
USDC No. 2:07-CV-5254
USDC No. 2:07-CV-5286
USDC No. 2:07-CV-5339
USDC No. 2:07-CV-5343
USDC No. 2:07-CV-5344
USDC No. 2:07-CV-5350
USDC No. 2:07-CV-5355
USDC No. 2:07-CV-5356
USDC No. 2:07-CV-5375
USDC No. 2:07-CV-5397
USDC No. 2:07-CV-3173
USDC No. 2:05-CV-4182
```

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

**Record/original papers/exhibits are returned as to all cases:**

**( ) Volumes    ( ) Envelopes ( 2 ) Boxes**

**The electronic copy of the record has been recycled as to all cases.**

Sincerely,

LYLE W. CAYCE, Clerk

By: *Dawn D. Victoriano*
Dawn D. Victoriano, Deputy Clerk
504-310-7717

```
cc: Honorable Stanwood R. Duval Jr.
cc: (letter only)
      Mr. John Thomas Balhoff II
      Mr. Daniel E Becnel Jr.
      Ms. Carmelite M. Bertaut
      Mr. Joseph M. Bruno
      Ms. Ashley Gremillion Coker
      Mr. James M. Garner
      Mr. James E. Gauch
      Mr. Lewis Scott Joanen
      Ms. Heather Shauri Lonian
      Mr. Albert J Rebennack
      Mr. James Parkerson Roy
      Mr. William D. Treeby
      Ms. Adrian Wager-Zito
```

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.